Nathaniel Renard CHILES,
Petitioner–Appellant,

v.

Joseph M. BROOKS, Respondent–
Appellee.

No. 03–6686.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 11, 2003.

Decided Sept. 17, 2003.

Nathaniel Renard Chiles, Appellant Pro Se. Robert P. McIntosh, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Nathaniel Renard Chiles, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Chiles' motions for leave to proceed in forma pauperis and to expedite, and dismiss on the reasoning of the district court. *See Chiles v. Brooks,* No. CA–02–553 (E.D.Va. Apr. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*